IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN AARON VILLARREAL                                                                    PLAINTIFF

v.                                         Case No. 4:23-cv-04099

SERGEANT JOSHUA WATSON and
SERGEANT JAIMOND JOHNSON                                                              DEFENDANTS

## ORDER

      Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 14) be denied.

      Defendants have not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Plaintiff filed timely objections to the Report and Recommendation. ECF No. 28. While Plaintiff does not object to the conclusion of the Report and Recommendation, he requests "the amendment from official to individual capacity" in paragraph four of the Report and Recommendation. *Id.* at 3. However, paragraph four of the Report and Recommendation is a block quotation from Plaintiff's Complaint (ECF No. 1, p. 5). *See* ECF No. 26, p. 2. Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a *de novo* review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*); *and see* 28 U.S.C. § 636(b)(1).

      Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Defendants Motion for Summary Judgment (ECF No. 14) is hereby **DENIED**.

      **IT IS SO ORDERED**, this 30th day of July, 2024.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge