IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN AARON VILLARREAL                                              PLAINTIFF

v.                              Case No. 4:23-cv-04099

SERGEANT JOSHUA WATSON; and
SERGEANT JAIMOND JOHNSON                                          DEFENDANTS

## <u>ORDER</u>

Before the Court is a Report and Recommendation filed on May 1, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 83. Judge Singleton recommends that Defendant Joshua Watson's and Defendant Jaimond Johnson's ("Defendants") Motion for Summary Judgment (ECF No. 73) be denied. Specifically, Judge Singleton found that the evidence produced by all parties presents several genuine disputes of material fact as to Plaintiff's excessive force claims ("Claim One") against Defendants in their individual capacities and recommends that Plaintiff's Claim One proceed. Judge Singleton also recommends that Plaintiff's claim for denial of medical care ("Claim Two"), claim for falsifying documents ("Claim Three"), and all official capacity claims against both Defendants be dismissed without prejudice, because Plaintiff stated in his Response (ECF No. 80) that he wishes to voluntarily dismiss those claims.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 83) *in toto*. Accordingly, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 73) should be and hereby is **DENIED**. Plaintiff's Claim One **MAY**

**PROCEED**.  The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Claim Two, Claim Three, and all official capacity claims against both Defendants.

  **IT IS SO ORDERED**, this 19th day of May, 2026.

/s/ John Thomas Shepherd

John Thomas Shepherd

United States District Judge
